U.S District Court Central District of Illinois

STEVEN DLISLE JR #B40159 ) Case No.
Plaintiff
vs ) Complaint
SUSAN PRENTINCE ) Jury Trial Requested

## Jurisdiction & Venue

This is a Civil action authorized by 42 USC Section 1983 to redress the deprivation under color of state law, of rights secured by the Constitution of the United States. The Court has jurisdiction under 28 USC section 1331 and 1343(a)(3). Plaintiff seeks declaratory relief pursuant to 28 USC section 2201 and 2202. Plaintiffs claims for injunctive relief are authorized by 28 USC section 2283 & 2284 and Rule 65 of the Federal Rules of Civil procedure. The Central District of Illinois is an appropriate venue under 28 USC section 1391(b)(2) because it is where the events giving rise to this claim occurred.

SCANNED at PCC and E-mailed
11/3/17 (date) by KK (initials)
13 (# of pages)

## II. Plaintiffs

Plaintiff, Steven DLisle JR is and was at all times mentioned here in a prisoner of the state of Illinois in the custody of Illinois Department of corrections he is currently confined in Pontiac Correction Center in Pontiac Illinois.

### Defendants                       Position/Title

Susan Prentince
Address: Po Box 99 Pontiac IL 61764

Each Defendant stated above is sued individually and in his or her official capacity at all times mentioned in this complaint each defendant acted under the color of state law

## III. Previous lawsuits

State and Federal Court lawsuits relating to imprisonment
Small Claims No. 16-CC-0607 Civil Complaint No. 15965 No. 16-cv-922
No. 16-cv-421 No. 16cv4212 No. 171158 No 17-cv-01327 No 17cv01336
No. 17cv01335 No 17-cv01354 No 17cv01488

1

IV. FACTS

Do to plaintiff being a prison litigator and filing grievences and civil complaints pontiac Correctional officers began retiliating against him by using accessive force sexual assualts death threats continued shake downs confiscating his property etc! Do to plaintiff filing complaints and grievances against (Susan Prentince) she retiliated against plaintiff by entering plaintiff Cell North 137 on 5-24-17 and stealing plaintiff entire property and legal documents and also tearing up plaintiff family photos. After plaintiff returned back from the Adjustment Committee Prentince stated to plaintiff I will make your life a living hell thats why I took all of your property and im going to destroy your legal documents so you cant file a lawsuit against me and sgt. mister and that she tore up plaintiff family photos see Exhibit 3 Inmate Young and Holmes affidavit states that they witness Prentince take plaintiff property out his cell while he went to the adjustment committee and that Prentince verbally stated out loud that she destroyed plaintiff legal documents so that he couldnt file a lawsuit against her and sgt mister and that she tore up plaintiff family photos see Exhibits 1-2 Plaintiff legal documents were destroyed in his other pending legal complaints and his criminal complaints. Plaintiff Counsel notified the Illinois prosecutor about prentince destroying his legal document and IDOC stated that on may 6 2017 Pontiac employees conducted a shake down and after may 6 2017 no other shake down was conducted see Exhibit 4 Illinois prosecutor also provided a shake down slip time and date

2

See Exhibit 5. This showed that on May 24, 2017 when Prentince entered plaintiff cell and took his property without providing him a Shake down Slip showed intent to conceal her actions of tearing up plaintiff family photos and destroying his legal documents plaintiff filed a grievance on 5-20-2017 in which the Counselor replied on 5-24-17 when plaintiff indicated his property was destroyed and pictures were tore by Prentince. That prentince indicated to counselor that all items were returned in the condition before receiving plaintiff property see Exhibit 6. Counselor response in exhibit 6 shows that on may 6 2017 was not the last shake down conducted on plaintiff as indicated in Exhibit 4-5. By Prentince failing to provide a Shakedown Slip on 5-24-17 showed her intent and actions of harassment and concealment that she destroyed plaintiff family photos and property. Prentince actions made her Liable and constituted a Due process Clause violation of the Fourteenth Amendment depriving any person of property without due process of law and Fourth amendment unreasonable searches and seizures and harassment against plaintiff. Plaintiff introduces evidence from Prison Monitors John Howard Association which states that IDOC does not have a written policy concerning people being stripped out and having all property removed from their cell. See Exhibit 7 Plaintiff was not harming himself there is no reason for Prentince to take plaintiff property other then harrassment.

V.      Exhaustion of legal Remedies

Plaintiff Steven D Lisle JR used the prisoner grievance procedure available at pontiac Correctional Center to try and solve the problem on 5-20-17 and then plaintiff appealed to grievance officer and timely appealed to the ARB See Exhibit 3   VI. Legal Claims Plaintiff reallege and incoporate by reference paragraphs 1-7 Due process Clause depriving any person of property without due process of law unreasonable searches and seizures and harassment violated plaintiff rights and constituted a Fourteenth Amendment

3

Fourth Amendment violations of the United States Constitution. The plaintiff has no plain adequate or complete remedy at law to redress the wrongs described here in. Plaintiff has been and will continue to be irreparably injured by the conduct of the defendants unless the court grants the declaratory and injunctive relief which plaintiff seeks.

VII. Prayer For Relief

Wherefore plaintiff respectfully prays that this court enter judgment granting plaintiff a declaration that threats and omissions described here in violate plaintiff rights under the constitution and laws of the United States. A preliminary and permanent injunction ordering defendants (1) Transfer plaintiff to Stateville correctional center for placement.

Punitive damages in the amount of 50,000$ against each defendant. A jury trial on all issues triable by jury plaintiffs cost in this suit any additional relief this court deems just proper and equitable. Dated 11-10-17 respectfully submitted

Steven D Lisle JR #R90155 PO Box 99 Pontiac ILL 61764

Verification

I have read the fore going complaint and here by verify that the matters alleged there in are true except as to matters alleged on information and belief and as to those I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct. Executed at Pontiac IL 61764 on 11-10-17

Steven D Lisle Jr

4

# Exhibits

1. Affidavit
2. Affidavit
3. Affidavit
4. Document from Attorney
5. Shakedown slip
6. grievance
7. John Howard letter

STATE OF ILLINOIS )
) Exhibit 1
COUNTY OF )
Livingston

## AFFIDAVIT

I **Jacob Holmes #K84657** do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in facts.

State that on May 24 2017 Major Susan Prentince stated that she tore up Lisle family photos and took all his property out his cell and destroyed his legal documents so that he could not file a lawsuit against her or Sgt. Mister and that she would have Lisle killed by officers at Pontiac and that Prentice took his property while Lisle was at adjustment committee

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury that Everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this **30** day of **May** 2017

_____ K84657
Affiant

STATE OF ILLINOIS )
 )
COUNTY OF )
Livingston

# AFFIDAVIT

I __Young #m44149__ do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in facts.

On May 24 2017 I heard Major Susan Prentince state to inmate Lisle that while he was at the Adjustment committee she tore up his pictures and destroyed his legal documents so that he couldnt file a lawsuit against her or Sgt Mister and that if he kept it up she was going to have him killed

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury that Everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this __30__ day of __May__ 2017

_____ M44149
Affiant

STATE OF ILLINOIS )
)
COUNTY OF )
Livingston

Exhibit 3

## AFFIDAVIT

I Steven D Lisle JR R40157 do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in facts.

All information stated in complaint is true and correct against Susan Prentince

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury that Everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this 10 day of November 2017

_____ Affiant

# SCHLICHTER BOGARD & DENTON, LLP

JAMES REDD
jredd@uselaws.com

ATTORNEYS AT LAW
100 SOUTH FOURTH STREET, SUITE 1200
ST. LOUIS, MISSOURI 63102
(314) 621-6115
1 (800) 873-5297
FAX (314) 621-7151
www.uselaws.com

BELLEVILLE, ILLINOIS

June 15, 2017

**PRIVILEGED AND CONFIDENTIAL**

<u>VIA FIRST CLASS U.S. MAIL</u>

Mr. Steve D. Lisle, Jr., Reg. #40159
Pontiac Correctional Center
P.O. Box 99
Pontiac, IL 61764

Re:   Lisle v. Butler, et al., No. 15-cv-965

Mr. Lisle:

Enclosed are documents provided by the Assistant Attorney General on the case in response to the issues you raised during our June 8 phone call. The documents provided are intended to reflect: (1) your refusal of a legal review on May 20; (2) that May 6 was the last shakedown of your cell, and that no property was taken during that shakedown; and (3) the incoming and outgoing mail between you and this firm.

We will discuss these materials during the legal call scheduled for tomorrow, June 16.

Sincerely,

James Redd
Attorney at Law

Enclosure

Exhibit 4

ILLINOIS DEPARTMENT OF CORRECTIONS
## Shakedown Record/Confiscated Contraband

Date: 5.6.17  Time: 1145 ☐ a.m. ☐ p.m.  Bldg. Area: NCH

Living Area: Lisle  Occupied: ☒ Yes ☐ No

Violator: _____ No R46159

Violator: _____ No _____

Was any contraband found?  ☐ Yes  ☒ No

Item(s) (Description and circumstances of discovery):

NONE
Found

Routine

Witness: _____

Disciplinary Report written. ☐ Yes ☒ No  Incident Report written. ☐ Yes ☒ No  1150 ☐ a.m. ☒ p.m.

Employee Signature _____  Date _____

Badge No. _____

---

Shift Supervisor:  Date Received: _____  Time: _____
☐ Major Contraband  ☐ Minor Contraband
Signature _____
Disposition: _____
Date: _____  Time: _____  ☐ a.m. ☐ p.m.  Initials: _____

Receiving Custodian:  Date Received: _____  Time: _____
☐ Major Contraband  ☐ Minor Contraband
Custodian Signature _____

Chain-of-Custody after the Custodian has received the item:

From: _____  To: _____
Date Received: _____  Time: _____  ☐ a.m. ☐ p.m.

From: _____  To: _____
Date Received: _____  Time: _____  ☐ a.m. ☐ p.m.

From: _____  To: _____
Date Received: _____  Time: _____  ☐ a.m. ☐ p.m.

From: _____  To: _____
Date Received: _____  Time: _____  ☐ a.m. ☐ p.m.

Final Disposition: _____
Date: _____  Custodian's Initials: _____

Exhibit No. _____
CUC No. _____

DOC0300 (Eff. 4/2008)
(Replaces DC 252)

Distribution: With Item (Tag); Supervisor; Employee; Disciplinary Report; Violator

Exhibit 5

Exhibit

N137.

# ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

**Date:** 5-30-17
**Offender:** Steven Dlisic Jr
**ID#:** R40159
**Present Facility:** Pontiac
**Facility where grievance issue occurred:** Pontiac

**NATURE OF GRIEVANCE:**
- [x] Personal Property
- [ ] Mail Handling
- [ ] Restoration of Good Time
- [ ] ADA Disability Accommodation
- [x] Staff Conduct
- [ ] Dietary
- [ ] Medical Treatment
- [ ] HIPAA
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator
- [x] Other (specify): Legal documents
- [ ] Disciplinary Report: ___/___/___

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Summary of Grievance:**
On 5-24-17 Susan Prentice major of the North cell house threating me and stated she is going to throw away my Legal documents so that I can not file a 1983 civil suit against her and sgt Mister Prentice strip inmate out his property on 5-24-17 Susan also stated that she is going to rip and tear up my family photos on 5-30-17 officer brought inmate his property Lisle then informed Lwitnet Sensen that Susan rope a tore his pictures Lwitnet witness pictures torn and stated that officer has crossed the line.

**Relief Requested:** Susuan Demoted Legal material returned 2,500 monterary Damages for tore pictures I request 5-24-17 video fotage be saved which will show Prentice enter my cell and take property

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

**Offender's Signature:** [signature]
**ID#:** R40159
**Date:** 5, 30, 17

---

### Counselor's Response (if applicable)

**Date Received:** 6, 1, 17
- [x] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

**Response:** Contacted Major Prentice states she did not rip offenders pictures and all items were returned in the condition they were in before receiving offenders property.

Copied to N147 @ PCC LL

**Print Counselor's Name:** S-DeMatta
**Counselor's Signature:** [signature]
**Date of Response:** 6/13/17

---

### EMERGENCY REVIEW

**Date Received:** ___/___/___
Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

**Chief Administrative Officer's Signature:** _____ **Date:** ___/___/___

Distribution: Master File; Offender          Page 1          DOC 0046 (8/2012)
Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

Suscain violated my US Const 14th 8th 5th 1th Amend of the U.S constitutional cruel and unusual punishment Due process equal protection by stealing my 1983 complaint and other legal material and destroying my property

Distribution: Master File; Offender
Page 2



# John Howard Association of Illinois

P.O. Box 10042, Chicago, IL 60610-0042
Tel. 312-291-9237  Fax. 312-526-3714

October 1, 2017

Mr. Steven Lisle  #R40159
P.O. Box 99
Pontiac, IL. 61764

Dear Mr. Lisle,

The John Howard Association independently monitors Illinois correctional facilities, policies and practices, and advances reforms needed to achieve a fair, humane and effective criminal justice system. Thank you for writing JHA.

I could not find an attorney listing for William Kalinak. After an attorney retires and is no longer licensed to practice law, their contact information ceases to be available to the general public.

JHA does not have a copy of the IDOC Kosher meal menu. Also, I could not find any Jewish based pen pal programs for prisoners. There are no free educational resources for IDOC inmates that I know of other than programs that are provided by IDOC, or programs conducted within IDOC.

The Post Trial Remedies Handbook would not be provided by the IL Secretary of State's office. I did enclose a copy of this for you though. It is dated, but the most current edition that is available.

For the IL Handbook of Government, you may write the IL Secretary of State. The address is:

213 State Capitol, Springfield, IL 62756

From this book, you may get the addresses of all current legislators. I was only able to provide you with some of addresses on your list, due to the amount of time it would take to look them all up and transfer this information to paper. Sorry, but I have 125 other letters to answer this week too.

IDOC does not have a written policy concerning people being stripped out and having all property removed from their cell. The only time such a practice should be permitted is if a person is attempting to harm themselves with whatever they can get their hand on, and all efforts to prevent them from harming themselves have failed.

Just because a person is officially designated as SMI, does not mean that they are automatically placed in an RTU (which does not exist yet) or Dixon. There are numerous SMI inmates housed at minimum and medium security prisons. I doubt that all would want to go from their current setting to a max security setting.

The copy of the one letter I have mailed you in 2017 is enclosed. I do not have access to visitor notes.

Regards—JHA Staff

Promoting Community Safety Through Cost-Effective Prison Reform
Founded in 1901