IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

STEVEN LISLE #R-40159, )
)
Plaintiff, )
)
vs. ) Case No. 17-1507-CSB
)
SUSAN PRENTICE, )
)
Defendant. )

## STIPULATION TO DISMISS

NOW COMES the Plaintiff, Steven Lisle, *pro se*, and the Defendant, Susan Prentice, by her attorney, KWAME RAOUL, Attorney General of Illinois, and hereby stipulate to the dismissal of this case with prejudice pursuant to Federal Rule 41(a)(1)(A)(ii). The Plaintiff and the Defendant agree as follows:

1. This lawsuit shall be dismissed with prejudice and without leave to reinstate.

2. Each party shall bear their own attorney's fees, costs and expenses.

3. IF Defendants Fail To provide 500$ Settlement Then settlement is void And Shall Proceed To Further Litigation.

AGREED:

_Steven D Lisle JR_     9-16-20
Plaintiff     Date
Steven Lisle, *pro se*

_[signature]_     10/1/20
Philip Andrews     Date
Assistant Attorney General
*Attorney for Defendants*
500 South Second Street
Springfield, Illinois 62701
Phone: (217) 782-9083